# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK GEORGE, | ) |
| Plaintiff, | ) 2:06-CV-01112- PMP-GWF |
| | ) **ORDER** |
| vs. | ) |
| PETER A. MORTON, et al., | ) |
| Defendant. | ) |

Before the Court for consideration is the Honorable George W. Foley United States Magistrate Judge's, Findings and Recommendation (Doc. #142) entered January 22, 2009, recommending that Defendants IDM Properties, LP; IDM Properties (Nevada), LLC; IDM Investments 1, LP; and IDM Investments 2, LP's Answer should be stricken and their default entered based on Defendants' failure to comply with this Court's Order to obtain counsel.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

1      **IT IS THEREFORE ORDERED that** the Answer of Defendants IDM

2   Properties, LP; IDM Properties (Nevada), LLC; IDM Investments 1, LP; and IDM

3   Investments 2, LP are hereby stricken and default is entered in favor of Plaintiff

4   Patrick George, and against said Defendants for the failure of said Defendants to

5   comply with the Order of the Court to obtain counsel.

6

7   DATED:  February 5, 2009.

8

9                                                                                          
                                        PHILIP M. PRO
10                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26